**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DREW COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUANTUM COMPUTING INC., WILLIAM J. MCGANN, ROBERT LISCOUSKI, CHRISTOPHER BOEHMLER, and CHRISTOPHER ROBERTS,<br><br>Defendants. | Case No. 2:25-CV-01457 |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

This matter having come before the Court on motion of Paul Hastings LLP, attorneys for Defendants Quantum Computing, Inc. ("QCi" or the "Company"), William J. McGann, Robert Liscouski, Christopher Boehmler, and Christopher Roberts for the *pro hac vice* admission of D. Scott Carlton, pursuant to Local Civ. R. 101.1, and the Court having considered the certifications in support of the motion, which reflect that she satisfies the requirements set for in the Local Civ. R. 101(c)(1),

**IT IS**, on this 13th day of   November  , 2025,

**ORDERED** that the motion for the *pro hac vice* admission of D. Scott Carlton is granted.

s/Jessica S. Allen
Honorable Jessica S. Allen

Dated: November 13, 2025