## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAEYEOL JUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUM COMPUTING INC., WILLIAM J. MCGANN, ROBERT LISCOUSKI, CHRISTOPHER BOEHMLER, and CHRISTOPHER ROBERTS,<br><br>Defendants. | **CASE NO. 2:25-CV-01457** |

---

**NOTICE OF DEFENDANTS QUANTUM COMPUTING INC., WILLIAM J. MCGANN, ROBERT LISCOUSKI, CHRISTOPHER BOEHMLER, AND CHRISTOPHER ROBERTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

---

TIMOTHY D. REYNOLDS
timothyreynolds@paulhastings.com
D. SCOTT CARLTON
scottcarlton@paulhastings.com
ALYSSA K. TAPPER
alyssatapper@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

CHAD J. PETERMAN
chadpeterman@paulhastings.com
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Telephone:  1(212) 318-6000
Facsimile:  1(212) 319-4090

*Attorneys for Defendants*
*QUANTUM COMPUTING INC., WILLIAM J. MCGANN, ROBERT LISCOUSKI,*
*CHRISTOPHER BOEHMLER, AND CHRISTOPHER ROBERTS*

PLEASE TAKE NOTICE that on a date and time set by the Court, Defendants Quantum Computing, Inc., William J. McGann, Robert Liscouski, Christopher Boehmler, and Christopher Roberts, by and through their undersigned attorneys, will move the Honorable Michael E. Farbiarz, United States District Judge, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom #4, Newark NJ 07102, for an Order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), dismissing with prejudice Lead Plaintiff's Amended Class Action Complaint (the "Amended Complaint").

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely on this Notice of Motion, the accompanying Memorandum of Law, the accompanying Request for Judicial Notice, the accompanying Declaration of Timothy D. Reynolds and on such other written and oral argument as may be presented to the Court as well as all pleadings and proceedings had to date herein.

PLEASE TAKE FURTHER NOTICE that a proposed Order is submitted herewith.

DATED:     November 14, 2025          PAUL HASTINGS LLP


By: */s/Chad J. Peterman*
    Chad J. Peterman, Bar No.
    024671999
    chadpeterman@paulhastings.com

200 Park Avenue
New York, New York 10166
Telephone: 1(212) 318-6000
Facsimile:  1(212) 319-4090

Timothy D. Reynolds (*pro hac vice*)
D. Scott Carlton (*pro hac vice*)
Alyssa K. Tapper (*pro hac vice*)
515 South Flower Street, Twenty-Fifth
Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
timothyreynolds@paulhastings.com
scottcarlton@paulhastings.com
alyssatapper@paulhastings.com


*Attorneys for Defendants*
Counsel for Defendant Quantum
Computing Inc., William J. McGann,
Robert Liscouski, Christopher
Boehmler, and Christopher Roberts

DEFENDANTS' NOTICE OF MOTION TO DISMISS