**Levi & Korsinsky, LLP**
Adam M. Apton
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
aapton@zlk.com

*Counsel for Lead Plaintiff Jaeyeol Jung*

–additional counsel on signature page—

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JAEYEOL JUNG, Individually
and on Behalf of All Others
Similarly Situated,

          Plaintiff,

    v.

QUANTUM COMPUTING INC.,
WILLIAM J. MCGANN, ROBERT
LISCOUSKI, CHRISTOPHER
BOEHMLER, and CHRISTOPHER
ROBERTS,
,

          Defendants.

**Case No. 2:25-cv-01457-MEF-JSA**

<u>CLASS ACTION</u>

**NOTICE OF MOTION**

### <u>PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO FILE</u><br><u>A SECOND AMENDED COMPLAINT</u>

**PLEASE TAKE NOTICE** that Lead Plaintiff Jaeyeol Jung ("Plaintiff"), by

and through the undersigned attorneys, hereby moves, this Court for an order

granting Plaintiffs leave to file a Second Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Plaintiffs rely on the accompanying Memorandum of Law; upon all prior pleadings had herein; including the Proposed Second Amended Complaint (with redline version) attached hereto as Exhibits A and B. Plaintiffs also submit herewith a proposed order granting the motion.

Dated: January 22, 2026                    Respectfully submitted,

**LEVI & KORSINSKY, LLP**

 s/ Adam M. Apton
Adam M. Apton
Nicholas I. Porritt (*pro hac vice forthcoming)*
Max E. Weiss (*pro hac vice forthcoming)*
33 Whitehall Street, 27th Floor
New York, New York 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com
nporritt@zlk.com
mweiss@zlk.com

*Counsel for Lead Plaintiff Jaeyeol Jung*