**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAEYEOL JUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>QUANTUM COMPUTING INC., WILLIAM J. MCGANN, ROBERT LISCOUSKI, CHRISTOPHER BOEHMLER, and CHRISTOPHER ROBERTS,<br>,<br><br>          Defendants. | Case No. 2:25-cv-01457-MEF-JSA<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**A SECOND AMENDED COMPLAINT**

Having considered the papers filed in support of Plaintiff's Motion for Leave to File a Second Amended Complaint, and all arguments in opposition and further support thereto, for good cause shown the Court hereby enters the following order:

1. Plaintiff's Motion for Leave to File a Second Amended Complaint is hereby **GRANTED**;

2. Plaintiffs shall file an amended complaint in substantially similar form to the one submitted with the Motion within seven (7) calendar days of this Order.

3. Plaintiff's Second Amended Complaint shall be deemed filed for all purposes as of the date Plaintiff filed the Motion, January 22, 2026.

IT IS SO ORDERED:

DATED: _____

_____
THE HONORABLE MICHAEL E. FARBIARZ
UNITED STATES DISTRICT JUDGE