**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEWJERSEY**

JAEYEOL JUNG, Individually and on
Behalf of All Others Similarly Situated,

     Plaintiff,

    v.

QUANTUM COMPUTING INC.,
WILLIAM J. MCGANN, ROBERT
LISCOUSKI, CHRISTOPHER
BOEHMLER, and CHRISTOPHER
ROBERTS,

     Defendants.

**Case No. 2:25-cv-01457-MEF-JSA**

CLASS ACTION

**JOINT STIPULATION AND ~~PROPOSED~~ ORDER**

Lead plaintiff Jaeyeol Jung ("Lead Plaintiff") and defendants Quantum Computing Inc., William J. McGann, Robert Liscouski, Christopher Boehmler, and Christopher Roberts, ("Defendants" and, together with lead plaintiff, the "Parties"), by and through their undersigned Counsel, hereby stipulate and agree as follows and jointly request that the court enter an order approving the filing of Lead Plaintiff's proposed Second Amended Class Action Complaint and the proposed schedule for the filing of Defendants' response thereto.

**WHEREAS**, on February 25, 2025, Drew Cohen filed a putative class action complaint (the "Complaint") in the above-captioned action (the "Action"), which is subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 78u-4, et seq. (ECF No. 1);

**WHEREAS**, on June 13, 2025, the Court entered an order appointing Jaeyeol Jung as lead plaintiff and the law firm of Levi & Korsinsky, LLP as lead counsel for the putative class (ECF No. 20);

**WHEREAS**, on June 30, 2025, the Court entered an order on the parties' Joint Stipulation and Scheduling Order and entered the a scheduling order, with Lead Plaintiff to designate or file an operative complaint on or before August 26, 2025, Defendants to answer, move to dismiss, or otherwise respond on or before November 4, 2025, Lead Plaintiff to file any opposition to the motion to dismiss on or before January 12, 2026, and Defendants to file a reply, if any, in support of a motion on or before February 26, 2026 (ECF No. 23);

**WHEREAS**, on or about August 26, 2025, Lead Plaintiff filed the Amended Class Action Complaint (ECF No. 24);

**WHEREAS**, on October 29, 2025, the Court entered an order on the parties' Joint Stipulation and Amended Scheduling Order and entered the current scheduling order with Defendants to answer, move to dismiss, or otherwise respond on or before November 14, 2025,

1

Lead Plaintiff to file any opposition to the motion to dismiss on or before January 22, 2026, and Defendants to file a reply, if any, in support of a motion on or before March 6, 2026 (ECF No. 26);

**WHEREAS**, on November 14, 2025, Defendants filed their Notice and Motion to Dismiss the Amended Class Action Complaint ("Motion to Dismiss") (ECF No. 29);

**WHEREAS**, on January 22, 2025, Lead Plaintiff filed an opposition to Defendants' Motion to Dismiss (ECF No. 31);

**WHEREAS**, on January 22, 2025, Lead Plaintiff filed a Motion for Leave to Amend to file the proposed Second Amended Class Action Complaint (ECF No. 32); and

**WHEREAS**, the Parties have met and conferred concerning Lead Plaintiff's motion to seek leave to file a proposed Seconded Amended Class Action Complaint attached as Exhibit A to the motion (ECF No. 32-2) and Defendants' response thereto.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned Parties, and subject to approval of the Court as follows:

1. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Defendants consent to the filing of the proposed Second Amended Class Action Complaint substantially in the form attached as Exhibit A to Lead Plaintiff's motion for leave to file an amended complaint (ECF No. 32-2);

2. Defendants Motion to Dismiss the Second Amended Complaint shall be due on March 13, 2026;.

3. Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Class Action Complaint shall be due on April 22, 2026.

4. Defendants' Reply in Support of their Motion to Dismiss the Second Amended Class Action Complaint shall be due on May 22, 2026.

5.  Lead Plaintiff will not move to amend the complaint again prior to a decision on the Motion to Dismiss the Second Amended Class Action Complaint. Lead Plaintiff reserves any rights to seek to amend following a decision on the Motion to Dismiss the Second Amended Complaint, and Defendants reserve all rights to object to any such additional amendment on any grounds.

Dated: February 4, 2026                    **LEVI & KORSINSKY, LLP**

                                           /s/ *Adam Apton*
                                           Nicholas I. Porritt (*pro hac vice* forthcoming)
                                           Adam M. Apton
                                           33 Whitehall Street, 27th Floor
                                           New York, NY 10004
                                           Tel.: (212) 363-7500
                                           nporritt@zlk.com
                                           aapton@zlk.com

                                           *Counsel for Lead Plaintiff*

Dated: February 4, 2026                    **PAUL HASTINGS LLP**

                                           /s/ *Tim D. Reynolds*
                                           Chad J. Peterman
                                           Timothy D. Reynolds (pro hac vice)
                                           Alyssa Tapper (pro hac vice)
                                           200 Park Avenue
                                           New York, NY 10166
                                           Tel: (212) 318-6000
                                           chadpeterman@paulhastings.com
                                           timothyreynolds@paulhastings.com
                                           alyssatapper@paulhastings.com
                                           *Counsel for Defendants Quantum Computing Inc., William McGann, Robert Liscouski, Christopher Boehm/er, and Christopher Roberts*

3

**SO ORDERED**

DATED: 2/4/26

HON. JESSICA S. ALLEN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

(*) In light of the foregoing, the Clerk of the Court is hereby directed to terminate Defendants' motion to dismiss (ECF No. 29) and Plaintiffs motion to amend (ECF No. 32).

4