## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAEYEOL JUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUM COMPUTING INC., WILLIAM J. MCGANN, ROBERT LISCOUSKI, CHRISTOPHER BOEHMLER, and CHRISTOPHER ROBERTS,<br><br>Defendants. | **CASE NO. 2:25-CV-01457**<br><br><br>**ORDER ON CONSENT GRANTING MOTION FOR LEAVE TO WITHDRAW COUNSEL** |

WHEREAS, Defendants Quantum Computing Inc., William J. McGann, Robert Liscouski, Christopher Boehmler, and Christopher Roberts (together, "Defendants"), have moved pursuant to Local Civil Rule 102.1, to withdraw Alyssa K. Tapper for Paul Hastings LLP ("Paul Hastings") as counsel to Defendants, this matter being considered, and, for good cause shown;

IT IS on this _____9th_____ day of ___March___, 2026,

**ORDERED** that the Motion is GRANTED. The appearance of Alyssa K. Tapper for the law firm of Paul Hastings on behalf of Defendants in the above-captioned action is hereby withdrawn.  The docket shall forthwith reflect the

1

appearance of Mr. Tapper as terminated and Ms. Tapper is discharged of any further responsibility in this action.

 

 

**s/ Jessica S. Allen**
Jessica S. Allen, U.S.M.J