**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| JAEYEOL JUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUM COMPUTING INC., WILLIAM J. MCGANN, ROBERT LISCOUSKI, CHRISTOPHER BOEHMLER, and CHRISTOPHER ROBERTS,<br><br>Defendants. | Case No.: 2:25-cv-01457-MEF-JSA |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

This matter having come before the Court on the motion of Adam M. Apton, Esq., counsel for Lead Plaintiff Jaeyeol Jung and Lead Counsel for the Class, seeking the admission *pro hac vice* of Nicholas I. Porritt, Esq., and the Court having considered the certifications in support of the motion, which reflect that Mr. Porritt satisfies the requirements set forth in Local Civil Rule 101.1(c);

**IT IS**, on this 17th day of ____March____, 2026

**ORDERED** that the motion for the *pro hac vice* admission of Nicholas I. Porritt, Esq. is granted.

s/Jessica S. Allen
_____
Honorable Jessica S. Allen
United States Magistrate Judge

Dated: March 17, 2026