**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAEYEOL JUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUM COMPUTING INC., WILLIAM J. MCGANN, ROBERT LISCOUSKI, CHRISTOPHER BOEHMLER, and CHRISTOPHER ROBERTS,<br><br>Defendants. | Case No.: 2:25-cv-01457-MEF-JSA |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

This matter having come before the Court on the motion of Levi & Korsinsky LLP, counsel for Lead Plaintiff Jaeyeol Jung, seeking the admission *pro hac vice* of Max E. Weiss, Esq., and the Court having considered the certifications in support of the motion, which reflect that he satisfies the requirements set forth in Local Civil Rule 101.1(c);

**IT IS**, on this 17th day of    March  , 2026

**ORDERED** that the motion for the *pro hac vice* admission of Max E. Weiss is granted.


s/Jessica S. Allen
_____
Honorable Jessica S. Allen
United States Magistrate Judge

Dated: March 17, 2026